UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Richard Bush,<br><br>                Plaintiff,<br>    v.<br><br>Diversified Adjustment Service, Inc. ;<br>and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No.:  3:11-cv-00612-AWT |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

**Dated June 7, 2011**

                                                    **Respectfully submitted,**

                                                    **PLAINTIFF, Richard Bush**

                                                    **/s/ Sergei Lemberg**

                                                    **Sergei Lemberg, Esq.**
                                                    **LEMBERG & ASSOCIATES L.L.C.**
                                                    **1100 Summer Street, 3rd Floor**
                                                    **Stamford, CT 06905**
                                                    **Telephone: (203) 653-2250**
                                                    **Facsimile:  (877) 795-3666**
                                                    [slemberg@lemberglaw.com](mailto:slemberg@lemberglaw.com)

## CERTIFICATE OF SERVICE

**I hereby certify that on June 7, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

**By /s/ Sergei Lemberg**

**Sergei Lemberg**