UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD BUSH,                             :
                                          :
            Plaintiff,                    :
                                          :
v.                                        : CASE NO. 3:11CV612(AWT)
                                          :
DIVERSIFIED ADJUSTMENT SERVICE, INC.,     :
ET AL,                                    :
                                          :
            Defendants.                   :

ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before July 15, 2011.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before July 15, 2011.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 14th day of June 2011.

                                    /s/AWT
                              Alvin W. Thompson
                         United States District Judge